ALFIO MANZITTO, Appellant, v. JACK PARKER CONSTRUCTION CORPORATION et al., Respondents.

Beldock, P. J., Christ, Brennan, Rabin and Munder, JJ., concur.